```
FILED
CLERK U.S. DISTRICT COURT

NOV 27 2013

CENTRAL DISTRICT OF CALIFORNIA
           KSS          DEPUTY
```

**JS-6**

1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  DONIGER / BURROUGHS APC
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538

7
   Attorneys for Plaintiff
8  United Fabrics International, Inc.

9
## UNITED STATES DISTRICT COURT
10
## CENTRAL DISTRICT OF CALIFORNIA
11

12
   UNITED FABRICS INTERNATIONAL,    Case No.: CV13-1809 SVW (PLAx)
13 INC.,
                                    [~~PROPOSED~~] **ORDER ON**
14                                  **STIPULATED DISMISSAL OF**
   Plaintiff,                       **ACTION**
15
16 v.

17 LANE BRYANT PURCHASING CORP.;
   et al.,
18

19
   Defendants.
20

21

22

23

24

25

26

27

28                                   1
   ─────────────────────────────────────────────
                        [PROPOSED] ORDER

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. The claims alleged in this action against Defendants LANE BRYANT PURCHASING CORP., and LANE BRYANT, INC. are dismissed with prejudice;

B. UNITED FABRICS INTERNATIONAL, INC., LANE BRYANT PURCHASING CORP., and LANE BRYANT, INC. will not seek costs or attorneys' fees from one another in connection with this action; and

C. This Court will retain jurisdiction to consider the default judgment requested as to defaulted Defendant PAT REGO, INC.

SO ORDERED.

Date: 11/27/13

By: _____
HONORABLE STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE